David S. Norris (AZ Bar No. 034309)
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
david.norris@squirepb.com

Eric J. Troutman (*pro hac vice*)
TROUTMAN FIRM
530 Technology Drive, #200
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
troutman@troutmanfirm.com

Attorneys for Defendant
loanDepot.com, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF ARIZONA

| | |
|---|---|
| Richard Winters Jr., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LoanDepot, LLC,<br><br>　　　　Defendant. | Case No. 2:20-cv-01290-SPL<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Richard Winters Jr. ("Plaintiff") and Defendant loanDepot.com, LLC ("Defendant") have reached a settlement in the above-captioned matter. The parties expect to file a Joint

1

Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, Defendant respectfully requests forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal. Additionally, Defendant respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

Dated: June 21, 2022          Respectfully submitted,

*/s/Ryan Lee McBride*
Ryan Lee McBride
Kazerouni Law Group APC
4455 E Camelback Rd., Ste. C250
Phoenix, AZ 85018
Telephone: 800-400-6808
Email: ryan@kazlg.com

*Counsel for Plaintiff Richard Winters, Jr.*

Dated: June 21, 2022          */s/Eric J. Troutman*
Eric J. Troutman
Troutman Firm
530 Technology Drive., Suite 200
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
Email: troutman@troutmanfirm.com

David S. Norris
Squire Patton Boggs, LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: david.norris@squirepb.com

*Counsel for Defendant loanDepot.com, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on June 21, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

                                                */s Eric J. Troutman*
                                                Eric J. Troutman