David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
4455 E. Camelback Road, Ste C250
Phoenix, AZ  85018
Phone: 800-400-6808
Fax: 800-520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated, | Case No.: 2:20-cv-01290-SPL |
| Plaintiff, | **Stipulation of Dismissal** |
| vs. | |
| Loan Depot, LLC, | |
| Defendant. | |

///

///

///

///

///

---

STIPULATION OF DISMISSAL

- 1 -

Plaintiff Richard Winters, Jr. ("Plaintiff") and Defendants Loan Depot, LLC ("Defendants") hereby stipulate to dismiss Plaintiff's claims against Defendants with prejudice, and the putative class's claims against Defendants without prejudice, with each party to bear their own attorney's fees and costs.

Respectfully Submitted this 16th Day of August, 2022.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Ryan L. McBride
Ryan L. McBride, Esq.

*Counsel for Plaintiff and the Proposed Class*

**TROUTMAN FIRM**

By: /s/ Brittany Andres
Brittany Andres, Esq.

*Counsel for Defendant*