IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>Loan Depot LLC,<br><br>    Defendant. | No. CV-20-01290-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 77) is **granted**;

2. That Plaintiff's claims are **dismissed with prejudice**;

3. That the putative class's claims are **dismissed without prejudice**;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall terminate this action.

Dated this 16th day of August, 2022.

                _____
                Honorable Steven P. Logan
                United States District Judge